Schwartz, Adm., *v.* Parsons.

---

## CLEVELAND, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY *v.* KENNEDY.

[No. 2,619. Filed May 11, 1899.]

From the Benton Circuit Court. *Affirmed.*

*B. K. Elliott, W. F. Elliott, J. T. Dye, J. T. Saunderson* and *E. G. Hall,* for appellant.

*Daniel Fraser* and *W. H. Isham,* for appellee.

ROBINSON, J.—The questions presented on this appeal are the same as those in the case of *Cleveland, etc., R. Co.* v. *Heath, ante,* 47, and, upon the authority of that case, the judgment is affirmed.

---

## SCHWARTZ, ADMINISTRATOR, *v.* PARSONS.

[No. 2,797. Filed June 8, 1899.]

From the Floyd Circuit Court. *Reversed.*

*C. L. Jewett* and *H. E. Jewett,* for appellant.

*Kelso & Kelso,* for appellee.

WILEY, J.—The questions involved and presented by appellant in this case are identical with those decided by this court in *Schwartz, Adm.,* v. *Parsons, Guardian, ante,* 340. For the reasons given in that case, and upon the authority thereof, the judgment herein is reversed, and the court below directed to grant appellant a new trial.